UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Katelin A. Morales, Esq.
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: kmorales@potteranderson.com

Counsel for Elias Alper, Creditor

In Re:

James M White aka James Martin White, aka Jim White

Debtor(s)

Case No.: 25-11363 ABA
Chapter: 13
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Elias Alper_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 2/28/2025

/s/ Katelin A. Morales
Signature

new.8/1/15