| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Katelin A. Morales, Esq.<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Main Number: (302) 984-6051<br>kmorales@potteranderson.com<br><br>Counsel for Elias Alper, Creditor | Order Filed on June 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>James M. White aka James Martin White, aka Jim White<br><br>Debtor(s) | Chapter 13<br>Case No.: 25-11363 (ABA) |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW PARTIES TO PROCEED WITH THE STATE COURT ACTION AND EXTENDING DEADLINE TO OBJECT TO DISCHARGE AND DISCHARGEABILITY

The relief set forth on the following page, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: June 11, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having come before the Court by Elias Alper (the "Movant"), by and through his counsel, upon a motion for entry of an order (i) granting relief from the automatic stay and (ii) extending the deadline to file a complaint or otherwise object to the Debtor's discharge or the dischargeability of the Debtor's debts, and for the reasons stated on the record at a hearing before this Court on June 10, 2025, and for good cause shown, it is hereby:

**ORDERED** that the automatic stay pursuant to section 362(a) of the Bankruptcy Code is hereby lifted to permit the Movant to constitute or resume and prosecute to conclusion the state court action currently pending in the Superior Court of New Jersey, Law Divisions: Atlantic County, styled as *Elias Alper v. Novus Properties LLC and James White*, Docket No. ATL-L-001886-24 (N.J. Super. Ct. Law Div.). (the "State Court Action") solely with respect to those causes of action against the Debtor relating to exceptions from discharge as laid out in section 523(a) of the Bankruptcy Code.  For the avoidance of doubt, the parties are free to pursue their rights and remedies within that scope in the State Court Action.

**IT IS FURTHER ORDERED** that the deadline for Movant to file a complaint or otherwise object to the Debtor's discharge or the dischargeability of the Debtor's debts pursuant to sections 523(a), 727(a), 1328 of the Bankruptcy Code is hereby extended until thirty (30) days from a final order, decree, agreement, or the like is entered into in the State Court Action.

**IT IS FURTHER ORDERED** that a status conference regarding this matter and the status of the State Court Action is hereby scheduled for **September 9, 2025 at 10:00 a.m.**  Parties may submit a written status a week prior, by September 2, 2025.