## Heather Renye

| | |
|---|---|
| **From:** | Morales, Katelin A. <kmorales@potteranderson.com> |
| **Sent:** | Friday, November 14, 2025 12:58 PM |
| **To:** | Chambers_of ABA |
| **Cc:** | Richard S. Hoffman; ecfmail_standingtrustee.com; ecf.mail_9022@mg.bkdocs.us |
| **Subject:** | RE: Case No. 25-11363-James M. White -Written Status Report |

**CAUTION - EXTERNAL:**

Good Afternoon,

I am writing to request a further adjournment of the status conference currently scheduled for November 18, 2025.

Since the submission of the status report on September 2nd, the state court action, styled as *Elias Alper v. Novus Properties LLC and James White*, Case No. ATL-L-001886-24 (N.J. Super Ct. Law. Div) has continued to progress. Mr. Alper's counsel filed a motion for leave to amend the complaint to add Mr. White's wife, Kelly White, as a defendant in the action. Such motion was granted and Mr. Alper's counsel is in the process of serving Mrs. White with the amended complaint. Additionally, depositions of Mr. White and Novus Properties have been scheduled for the first week of December.

Please let us know if the court is amenable to the adjournment or has any other questions.
Thank you in advance,



**Katelin A. Morales**  | Associate *

**Potter Anderson & Corroon LLP** | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6051
kmorales@potteranderson.com | potteranderson.com

*Also admitted in NJ and NY

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Sent:** Wednesday, September 3, 2025 10:10 AM
**To:** Morales, Katelin A. <kmorales@potteranderson.com>
**Cc:** Richard S. Hoffman <rshoffman@hoffmandimuzio.com>; ecfmail_standingtrustee.com <ecfmail@standingtrustee.com>; ecf.mail_9022@mg.bkdocs.us
**Subject:** [EXT] RE: Case No. 25-11363-James M. White -Written Status Report

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Good morning,

No appearances are necessary on the 9th. The status conference has been rescheduled for 11/18/25 @ 10 am. If you need more time, you can contact us a week before and ask.

Thank you.

Heather Renye
Courtroom Deputy for the Honorable Andrew B. Altenburg, Jr.
US Bankruptcy Court
401 Market Street
Camden, NJ 08101
856-361-2353

---

**From:** Morales, Katelin A. <kmorales@potteranderson.com>
**Sent:** Tuesday, September 2, 2025 3:36 PM
**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Cc:** Richard S. Hoffman <rshoffman@hoffmandimuzio.com>; ecfmail_standingtrustee.com <ecfmail@standingtrustee.com>; ecf.mail_9022@mg.bkdocs.us
**Subject:** Case No. 25-11363-James M. White -Written Status Report

**CAUTION - EXTERNAL:**

Good Afternoon,

Per the Judge's order dated June 11, 2024 [Docket No. 18], please find attached a written status report concerning the state court action currently pending in the Superior Court of New Jersey, Law Division: Atlantic County, styled as *Elias Alper v. Novus Properties LLC and James White*, Docket No. ATL-L-001886-24 (N.J. Super Ct. Law. Div).

Please let me know if you have any other questions and whether the status conference regarding this matter, currently scheduled for September 9, 2025 at 10:00 am, can be cancelled.

Thank you in advance,



**Katelin A. Morales** | Associate *

**Potter Anderson & Corroon LLP** | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6051
kmorales@potteranderson.com | potteranderson.com

*Also admitted in NJ and NY

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.