Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–11363–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James M White
aka James Martin White, aka Jim White
9 Demarco Court
Hammonton, NJ 08037–2115

Social Security No.:
xxx–xx–3248

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 3/31/26 at 10:00 AM

to consider and act upon the following:

*27* – Letter in lieu of formal brief in Opposition to Response to Trustee's Objection to Eligibility (related document:24 Objection to Eligibility of Debtor Pursuant to 11 U.S.C. Section 109(e). filed by Joni L. Gray on behalf of Andrew B Finberg. (Attachments: # 1 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Richard S. Hoffman Jr. on behalf of James M White. (Hoffman, Richard)

Dated: 3/10/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court