Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11363−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James M White
   aka James Martin White, aka Jim White
   9 Demarco Court
   Hammonton, NJ 08037−2115

Social Security No.:
   xxx−xx−3248

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/31/26 at 10:00 AM

to consider and act upon the following:

*27* − Letter in lieu of formal brief in Opposition to Response to Trustee's Objection to Eligibility (related document:24 Objection to Eligibility of Debtor Pursuant to 11 U.S.C. Section 109(e). filed by Joni L. Gray on behalf of Andrew B Finberg. (Attachments: # 1 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Richard S. Hoffman Jr. on behalf of James M White. (Hoffman, Richard)

Dated: 3/10/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                      Case No. 25-11363-ABA

James M White                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                          Page 1 of 1

Date Rcvd: Mar 10, 2026                Form ID: ntchrgbk                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

**Recip ID**          **Recipient Name and Address**
db                    James M White, 9 Demarco Court, Hammonton, NJ 08037-2115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Andrew B Finberg
                            courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
                            on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
                            Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joni L. Gray
                            on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

Katelin A. Morales
                            on behalf of Interested Party Elias Alper kmorales@potteranderson.com
                            lhuber@potteranderson.com;mdero@potteranderson.com;bankruptcy@potteranderson.com

Richard S. Hoffman, Jr.
                            on behalf of Debtor James M White rshoffman@hoffmandimuzio.com
                            trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6