UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**RICHARD S. HOFFMAN, JR. (#RH-9353)**
**HOFFMAN DiMUZIO**
**A Partnership of Professional Corporations**
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtor

| In Re: | Case No.: | 25-11363 |
|---|---|---|
| James M. White | Chapter: | 13 |
| Debtor | Judge: | ABA |

### CERTIFICATION OF ATTORNEY REGARDING PRESERVATION OF FEES

I, Richard S. Hoffman, Jr., Esquire, hereby certify as follows:

1.     I am the Debtor's attorney in the above-referenced matter.

2.     The Disclosure of Attorney Compensation stated that the balance of administrative fees are to be paid through the plan and I respectfully request that any funds on hand be payable toward the balance of my fees and disbursed to my firm.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:      3/26/26            /s/ Richard S. Hoffman, Jr.
                              Richard S. Hoffman, Jr., Esquire
                              Attorney for Debtor