Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11363−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M White
aka James Martin White, aka Jim White
9 Demarco Court
Hammonton, NJ 08037−2115

Social Security No.:
    xxx−xx−3248

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/25/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 26, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11363-ABA |
| James M White | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: 148 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James M White, 9 Demarco Court, Hammonton, NJ 08037-2115 |
| aty | + | Joshua W. Denbeaux, Denbeaux & Denbeaux, 372 Kinderkamack Rd, #5, Westwood, NJ 07675-1657 |
| sp | + | Joshua Denbeaux, Denbeaux & Denbeaux, 372 Kinderkamack Road, Suite 5, Westwood, NJ 07675-1657 |
| 520547568 | + | ANDREA NATALE, Esq., EPGD Attorneys at Law, P.A., 777 SW 37th Avenue, Suite 510, Miami, FL 33135-4128 |
| 520547569 | + | Elias Alper, 230 NE 4th Street, Apt. 1605, Miami, FL 33132-2362 |
| 520547571 | + | KML Law Group, PC, Richard P. Abel, Esquire, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520621689 | + | Katelin A. Morales, Potter Anderson & Corroonn LLP, Attn: Katelin A. Morales, 1313 N. Market St., 6th Floor, Wilmington, DE 19801-6108 |
| 520548409 | | Kelly Rose White, 9 Demarco Court, Hammonton, NJ 08037-2115 |
| 520548410 | + | Novus Properties, LLC, 9 DeMarco Ct., Hammonton, NJ 08037-2115 |
| 520547573 | + | SPS/Freddie Mac, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520547575 | | US District Court Clerk, 75 Ted Turner Dr NW #2211, Atlanta, GA 30303 |
| 520547576 | | Wells Fargo, PO Box 10378, Des Moines, IA 50306-0378 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520547567 | ^ | MEBN | Mar 26 2026 21:22:38 | 1stProgress/TSYS/VT, PO Box 9053, Johnson City, TN 37615-9053 |
| 520626826 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2026 21:27:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520547570 | | EDI: IRS.COM | Mar 27 2026 01:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520620662 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 21:31:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520674480 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 26 2026 21:25:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520578013 | ^ | MEBN | Mar 26 2026 21:21:40 | Ocean County College Foundation, c/o Sklar Law LLC, 20 Brace Road Suite 205, Cherry Hill NJ 08034-2634 |
| 520547572 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 21:31:19 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520547574 | ^ | MEBN | Mar 26 2026 21:19:45 | State of New Jersey, Division of Taxation, PO Box |

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 26, 2026                                Form ID: 148                                 Total Noticed: 22

046, Trenton, NJ 08601-0046

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Katelin A. Morales | on behalf of Interested Party Elias Alper kmorales@potteranderson.com lhuber@potteranderson.com;mdero@potteranderson.com;bankruptcy@potteranderson.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor James M White rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6